**Hearing Date:**      **September 30, 2025 @ 10:00 A.M.**
                        Objection Deadline:   September 23, 2025

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

IN RE:

ZACHARY J. PEARCE,                            ) Bk. Case No. 25-11389(BLS)

      Debtor(s).                                        ) Chapter 13

### NOTICE OF HEARING

     **NOTICE IS GIVEN** that a hearing on the Chapter 13 Trustee's Motion to Dismiss the within Debtor's case is scheduled for **Tuesday, September 30, 2025 @ 10:00 A.M.** in the United States Bankruptcy Court, District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware.

     **RESPONSES,** if any, must be in writing and filed in the Clerk's Office, United States Bankruptcy Court, District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware, 19801, and served upon the Chapter 13 Trustee, 824 Market Street, Suite 1002, Wilmington, Delaware 19801 on or before **September 23, 2025.**

     **IF A RESPONSE IS NOT TIMELY FILED AND SERVED, THE CASE WILL BE DISMISSED WITHOUT FURTHER HEARING.**

                                                /s/ William F. Jaworski, Jr.
                                                William F. Jaworski, Jr., Esquire
                                                824 Market Street, Suite 1002
                                                Wilmington, Delaware 19801
                                                302-656-0123
                                                Chapter 13 Trustee

Dated: August 12, 2025

                                **Hearing Date:**      **September 30, 2025 @ 10:00 A.M.**
                                Objection Deadline:   September 23, 2025

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:

ZACHARY J. PEARCE,                             ) Bk. Case No: 25-11389(BLS)

Debtor(s).                                     ) Chapter 13

## **TRUSTEE'S MOTION TO DISMISS**

William F. Jaworski, Jr., Esquire, Chapter 13 Trustee ("Chapter 13 Trustee") respectfully moves this Honorable Court for an Order Dismissing the above-captioned case, based upon the following:

1. Zachary J. Pearcce, ("Debtor") filed a voluntary petition pro se under Chapter 13 of the Bankruptcy Code on July 23, 2025 ("Debtor's Case No. 3").

2. On November 12, 2024 the Debtor filed a Chapter 13 case in this District, being Case No: 24-12598, which was dismissed by the Court on December 5, 2024 ("Debtor's Case No. 1").

3. On February 28, 2025 the Debtor filed a Chapter 7 case in this District, being Case No: 25-10336, which was closed by the Court without a Discharge on May 7, 2025 ("Debtor's Case No. 2")

4. The previous Chapter 13 case commenced by the Debtor was dismissed by the Court for failure to timely file schedules, a plan or make timely plan payments.

5. In this case, according to the petition filed with the Court, Debtor is not eligible for a Chapter 13 filing due to being over the debt limits of a Chapter 13 case.

6. The fact that the Debtor has commenced three (3) cases in close succession indicate a serial filing by the Debtor that lacks evidence of good faith in properly seeking relief under Chapter 13 of the Bankruptcy Code, and is abusive.

7. The Debtor's abusive filing of bankruptcy petitions require the imposition of appropriate sanctions by the Court to remedy and deter such conduct.

8. Further, in this case The Debtor has failed to file a Certificate of Credit Counseling obtained prior to the filing of the case and as such he is ineligible under 11 U.S.C. Sec. 109(h).

9. The requirements under Section 109(h) are specific and the burden is on the Debtor to comply or describe sufficient exigent circumstances that is satisfactory to the Court.

WHEREFORE, it is respectfully requested that this Court enter an Order dismissing this case with prejudice in the form attached and grant the Chapter 13 Trustee such other and further relief as the Court deems necessary and just.

/s/ William F. Jaworski, Jr.
William F. Jaworski, Jr., Esquire
824 Market Street, Suite 1002
Wilmington, Delaware 19801
302-656-0123
Chapter 13 Trustee

Dated: August 12, 2025

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:

ZACHARY J. PEARCE,                )        Bk. Case No: 25-11389(BLS)

    Debtor.                           )        Chapter 13

## **O R D E R**

**AND NOW, TO-WIT,** this _____ day of _____, 2025 upon Notice and Hearing of the Chapter 13 Trustee's Motion to Dismiss,

**IT IS ORDERED,** that the Debtor's petition is hereby dismissed with prejudice, and the Debtor is barred from filing for bankruptcy relief for two (2) years of the date of this Order.

**IT IS FURTHER ORDERED,** should the Debtor file a Bankruptcy Petition, in any District, in violation of this Order, the automatic stay of 11 U.S.C. Section 362 shall not go into effect and such filing shall be deemed a nullity.

_____
United States Bankruptcy Judge

ATTORNEY'S CERTIFICATE OF SERVICE

      I, William F. Jaworski, Jr., Esquire, Chapter 13 Trustee in the within matter, do hereby certify that on this 12th day of August, 2025, I caused one copy of the within Notice of Hearing and Motion to Dismiss be served by United States Mail, Postage Prepaid, on the following:

Zachary J. Pearce
161 Masseys Church Road
Townsend, DE 19734
Pro So Debtor

VIA EMAIL TO:
zjpearce1@gmail.com


                                      /s/ William F. Jaworski, Jr.
                                      William F. Jaworski, Jr., Esquire
                                      824 Market Street, Suite 1002
                                      Wilmington, Delaware 19801
                                      Chapter 13 Trustee